

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Pasquale Viscusi<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-2016<br>Mobile: (347) 970-9175 |
|---|---|---|

July 8, 2022

**VIA ECF**
Hon. Denise L. Cote
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *M.G. v. New York City Dep't of Educ.*, 22-cv-4844 (DLC)(SN)

Dear Judge Cote:

    I am a Special Assistant Corporation Counsel in the office of the Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, counsel for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs, and expenses for legal services regarding an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

    I am writing to respectfully request a 90-day extension of the time for Defendant to respond to the Complaint, from July 22, 2022 to October 20, 2022, and to adjourn the initial pre-trial conference currently scheduled for August 11, 2022 *sine die*. Plaintiff consents to these requests. This is an IDEA fees-only case and liability is not at issue. The parties hope to resolve this case without the need for conferences or motion practice and the requested extension will give the parties time to complete the City's internal review process and begin settlement negotiations. This office has successfully settled all of the many IDEA fees-only cases brought by Plaintiff's counsel in recent years (with the exception of two cases) without burdening the Court with any motion practice, and we see no reason why this case will not follow the same course.

    Thank you for considering this request.

Respectfully submitted,

Pasquale Viscusi, Esq. (PV 8588)
Special Assistant Corporation Counsel

cc: Irina Roller, Esq. (via ECF)

*[Handwritten annotation:]* Answer is due 10/20/22. The conference is adjourned sine die. Any motion for fees is due 10/28; opposition is due 11/18; reply is due 12/2/22.
/s/ Denise Cote
7/11/22