```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
M.G., individually and on behalf of      :    22cv4844(DLC)
her minor child, J.L.,                   :
                                         :        ORDER
                    Plaintiff,           :
           -v-                           :
                                         :
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```
DENISE COTE, District Judge:

On July 11, 2022, the defendant was granted a 90-day extension to respond to the complaint.  On September 2, 2022, the defendant requested a 90-day stay of this action until December 1, 2022.  The plaintiff consents to this request.  Accordingly, it is hereby

ORDERED that the above-captioned action is stayed until December 1, 2022.

IT IS FURTHER ORDERED that, by September 16, the plaintiff shall submit to the defendant its request for fees, costs, and expenses with supporting time records, if not already provided to the defendant.  The defendant shall promptly notify the Court if the plaintiff fails to comply with this deadline.

IT IS FURTHER ORDERED that the parties shall submit a joint status letter regarding settlement negotiations by December 1, 2022.

IT IS FURTHER ORDERED that a conference shall be held in this case on December 9, 2022 at 2:00 p.m.  The conference will be held in Courtroom 18B, 500 Pearl Street, New York, New York 10007.  The conference shall not be adjourned.

Dated:   New York, New York
         September 9, 2022

```
                         _____
                              DENISE COTE
                       United States District Judge
```