UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

M.G., individually and on behalf of the child, J.L.,

                            Plaintiff,

            – against –

New York City Department of Education,

                           Defendant.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

22-CV-4844 (DLC)(SN)

------------------------------------------------------------------------X

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.      The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter, which is annexed hereto.

Dated:   New York, New York
         _____, 2023

| | |
|---|---|
| **Law Offices of Irina Roller, PLLC**<br>*Attorney for Plaintiffs*<br>40 Wall Street, Ste 2508<br>New York, New York 10005<br>(212) 688-1100<br>Hearings@rolleresq.com | **HON. SYLVIA O. HINDS-RADIX**<br>Corporation Counsel of the City of New York<br>*Attorney for Defendant*<br>100 Church Street, 2nd Fl<br>New York, New York 10007<br>(212) 356-7633<br>LHowland@law.nyc.gov |
| By: *s/ Irina Roller*<br>    Irina Roller, Esq. | By: *s/ Lauren Howland*<br>    Lauren Howland, Esq.<br>    Assistant Corporation Counsel |

**SO ORDERED:** _____
                 **HON. DENISE L. COTE**
                 **UNITED STATES DISTRICT JUDGE**